UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CALVIN GAGE,

      Plaintiff,

                                             No.

v

                                             HON.

MICHIGAN DEPARTMENT OF HEALTH
AND HUMAN SERVICES, GEORGE          MAG.
MELLOS M.D., BRANDY EVERETT,
ELIZABETH BISHOP, and UNKNOWN
NURSES,

      Defendants.
_____

Mark S. Wilkinson (P68765)
Attorney for Plaintiff
5955 West Main Street
Kalamazoo, MI 49009
(269) 978-2474
mark@paladinemploymentlaw.com
_____

Charles A. Cavanagh (P79171)
Attorney for Defendant
Michigan Department of Attorney General
Health, Education, & Family Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
cavanaghc2@michigan.gov
_____/

**NOTICE OF REMOVAL**

      Under 28 U.S.C. §§ 1441 and 1446, Defendant Brandy Everett hereby

provides notice of the removal of this cause of action from the Circuit Court for the

9th Judicial Circuit, Kalamazoo County, Michigan to the United States District

1

Court for the Western District of Michigan.  As grounds for removal, Defendant Everett states:

**Background**

1.    On or about August 11, 2022, Plaintiff Calvin Gage filed his complaint in the 9th Judicial Circuit Court in Kalamazoo County, Michigan against Defendant Michigan Department of Health and Human Services (MDHHS).  In his complaint, Plaintiff alleged a single claim of retaliation in violation of Michigan's Whistleblowers' Protection Act, being MCL 15.361 *et seq.*, against MDHSS.

2.    On September 27, 2022, in lieu of filing an answer to the complaint, MDHSS filed a motion for summary disposition seeking to dismiss Plaintiff's complaint in its entirety.

3.    Following the filing of MDHHS's motion for summary disposition, Plaintiff and MDHHS entered a stipulated order that provided that Plaintiff could file an amended complaint.

4.    On or about October 31, 2022, Plaintiff filed his first amended complaint in this matter, a copy of which is hereto attached as Exhibit 1.

5.    In addition to MDHHS, the first amended complaint added current and former MDHHS employees, in both their official and personal capacities. Specifically, the first amended complaint added Defendants George Mellos, Elizabeth Bishop, and Brandy Everett.

**Grounds for Removal**

6.     This civil action is based, in part, on claims arising under federal law that may be removed to this Court based on federal question jurisdiction.  Plaintiff has sued Defendants based on Defendant's alleged retaliation in violation of the First Amendment of the U.S. Constitution (Count 3) and the federal False Claims Act (Count 2), 31 U.S.C. § 3730(h)(1).  This Court has original jurisdiction over all civil claims arising under the U.S. Constitution and federal law.  28 U.S.C. § 1331. Therefore, this case is removable to federal court.  28 U.S.C. § 1441(a).

7.     This Court may also exercise supplemental jurisdiction over the related state law claims.  Plaintiff has sued Defendants for alleged retaliation in violation of Michigan public policy (Count 1) and the Michigan Constitution (Count 4).  These claims arise from the same alleged facts that give rise to Plaintiff's federal claims.  As such, this Court has supplemental jurisdiction over the remaining state claims in the first amended complaint.  28 U.S.C. § 1367(a).

**Timing Requirements**

8.     Upon information and belief, Defendant Brandy Everett was served a copy of the summons and first amended complaint on December 7, 2022.  This notice of removal is therefore timely as it is within thirty days after the receipt by Ms. Everett, through service or otherwise, of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.  28 U.S.C. § 1446(b)(1) and (3).

**Consent Requirements**

9.      MDHHS, George Mellos, M.D., and Elizabeth Bishop, all represented by the undersigned counsel, consent to removal of this matter.  28 U.S.C. § 1446(b)(2)(A) and (C).

**Copies of all Process, Pleadings, and Orders Served upon Defendant**

10.      A copy of all process, pleadings, and orders served upon the Defendants in this matter, other than the first amended complaint, is hereto attached as Exhibit 2.  28 U.S.C. § 1446(a).

11.      Upon information and belief, no other process, pleadings, or orders have been served on Defendants other than those contained in Exhibit 2.

**Notice to Adverse Parties and State Court**

12.      Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly give written notice of this notice of removal, with accompanying exhibits, to all adverse parties and will file a copy of this notice with the clerk of the 9th Judicial Circuit, Kalamazoo County, Michigan.

WHEREFORE, Defendant Brandy Everett respectfully requests that this Court remove the action from the 9th Judicial Circuit, Kalamazoo County, Michigan to the United States District Court for the Western District of Michigan.

Respectfully submitted,

/s/ Charles A. Cavanagh
Assistant Attorney General
Attorney for Defendants
Health, Education, & Family Services
Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
cavanaghc2@michigan.gov
P79171

Dated:  December 20, 2022