UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CALVIN GAGE, ) | |
| Plaintiff, ) | |
| ) | No. 1:22-cv-1206 |
| v. ) | |
| ) | Hon. Paul L. Maloney |
| MICHIGAN DEPARTMENT OF HEALTH ) | |
| AND HUMAN SERVICES, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date (ECF No. 23), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED**.

**IT IS SO ORDERED.**

Date: December 26, 2024                    /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge